UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-25208-MCALILEY

ALFREDO GARCIA,

    Plaintiff,

v.

J M N CLEANING SERVICES CORP. and
JUAN SUAREZ,

    Defendants.
_____/

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND STIPULATION TO <u>DISMISS CASE WITH PREJUDICE</u>**

Pending before the Court is the parties' Joint Motion for Approval of the Parties' Settlement Agreement and Stipulation for Dismissal with Prejudice. (ECF No. 22). This is an action arising under the Fair Labor Standards Act ("FLSA"). As such, the Court is required to determine whether the parties' compromise is a fair and reasonable resolution of a bona fide dispute over FLSA provisions and whether plaintiff counsel's legal fees are reasonable. *Lynn's Food Stores, Inc. v. United States, U.S. Dep't. Of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982) (citations omitted); *Silva v. Miller*, 307 Fed. Appx. 349, 351 (11th Cir. 2009).

I presided over the settlement conference at which the parties reached their agreement to settle this action, and I am therefore well informed about the issues in this

1

lawsuit and the parties' considerations in reaching settlement. The parties attached to their Motion a copy of their final executed settlement agreement, which I reviewed. Its terms conform to the terms the parties agreed to at the settlement conference. I have also reviewed Plaintiff's counsel's billing records, which are also attached to the Motion. I find that the parties' settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions and that the amount of the settlement allocated to Plaintiff's counsel for her fees is reasonable.

Accordingly, it is **ORDERED** that:

1. The parties' Joint Motion for Approval (ECF No. 22), is **GRANTED** and the parties' settlement agreement is hereby **APPROVED**.

2. This case is **DISMISSED WITH PREJUDICE**.

3. The Court retains jurisdiction through April 19, 2021 solely to enforce the payment provisions set forth in paragraph 2 of the parties' settlement agreement.

4. The Clerk of Court is instructed to **CLOSE** this case.

DONE AND ORDERED in chambers at Miami, Florida this 3rd day of March, 2021.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE